**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EUGENE JONES,**
**ADC# 164258**                                                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 4:21-CV-287-LPR-BD**

**DOC HOLLADAY,** *et al*.                                                                          **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has recommended that claims against Pulaski County Jail be dismissed. Mr. Jones has not filed objections to the recommendation and the time to do so has expired. After a careful and *de novo* review of the recommendation and the record, the Court concludes that the recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Jones's claims against Pulaski County Jail are DISMISSED, with prejudice. The Clerk is instructed to terminate the Pulaski County Jail as a party Defendant.

IT IS SO ORDERED this 29th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE