IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EUGENE JONES**                                                                                        **PLAINTIFF**
**ADC #169865**

v.                                    Case No: 4:21-cv-00287-KGB

**DOC HOLLADAY**, *et al.*                                                                **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered ordered and adjudged that plaintiff Eugene Jones' complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief and recommends that the dismissal of this case be counted as a "strike" within the meaning of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

It is so ordered this 15th day of June, 2022.

_____
Kristine G. Baker
United States District Judge